UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TRAVELODGE HOTELS, INC.,**<br><br>      **Plaintiff,**<br><br>   v.<br><br>**RAVIN HOTELS & INVESTMENTS, LLC.** *et al.***,**<br><br>      **Defendants.** | Civil No. 11-2503 (WJM)<br><br>ORDER AND JUDGMENT |

A Report and Recommendation was filed on July 20, 2012 recommending that Plaintiff's motion to strike be granted and default judgment be entered. ECF No. 24. The parties were notified that they had fourteen (14) days to submit objections and responses to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2).  No objection or response having been received by this Court, and the Court having reviewed the thorough and well-reasoned Report and Recommendation *de novo*, and good cause appearing;

   **IT IS** on this 15th day of August 2012, hereby,

   **ORDERED** that the Report and Recommendation of Magistrate Judge Mark Falk is adopted as the Opinion of this Court; and it is further

   **ORDERED** that Plaintiff's motion to strike Defendants' Answer and to enter default judgment is **GRANTED**; and it is further

**ORDERED** that default judgment is entered against Defendants Girdhari Sankar and Jeyaselvan Kanagasabapathy.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**

cc: The Hon. Mark Falk, U.S.M.J.